# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LARRY WILLIAMS                                                                          PLAINTIFF

v.                              No. 5:13CV00359 JLH

CENTRAL MOLONEY, INC.                                        DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Central Moloney, Inc., on the claims of Larry Williams. The complaint of Larry Williams is dismissed with prejudice.

IT IS SO ORDERED this 28th day of October, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE